UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                          Case Number 12-14276 JHW

Debtor: Diane Schoener

| Check Number | Creditor | Amount |
|---|---|---|
| 1808265 | Residential Credit Solution | 1475.48 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  June 6, 2013